ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Pioneer Aerospace Corporation ) ASBCA No. 61679
)
Under Contract No. W56HZV-14-D-0116 )

APPEARANCES FOR THE APPELLANT: Damien C. Specht, Esq.
Lauren J. Horneffer, Esq.
Charles L. Capito, Esq.
 Morrison & Foerster LLP
 McLean, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
 MAJ Sean B. Zehtab, JA
 Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 5, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61679, Appeal of Pioneer Aerospace Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals